BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
CHRISTOPHER D. BAKER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-CR-0234 LJO |
| Plaintiff, | |
| v. | APPLICATION AND ORDER TO DENY AUTHORIZATION TO MAKE SUPPLEMENTAL FILING |
| SAUL ANTONIO MORALES, | |
| Defendant. | |

Pursuant to the Court's Order (Doc. 219), the United States of America hereby applies for permission to file with Court a notice of newly-learned information to supplement earlier filings (Docs. 215-217).

Dated: October 25, 2013         BENJAMIN B. WAGNER
                                United States Attorney


                                  /s/ Christopher D. Baker
                                KAREN A. ESCOBAR
                                CHRISTOPHER D. BAKER
                                Assistant U.S. Attorney

-1-
APPLICATION AND [PROPSED] ORDER REGARDING SUPPLEMENTAL FILING

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | KAREN A. ESCOBAR |
| | CHRISTOPHER D. BAKER |
| 3 | Assistant United States Attorneys |
| | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
| | Telephone: (559) 497-4000 |
| 5 | |
| | Attorneys for the |
| 6 | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:12-CR-0234 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER TO DENY SUPPLEMENTAL FILING |
| v. | ) | |
| | ) | |
| SAUL ANTONIO MORALES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

This Court DENIES the Government's application for supplemental filing in the absence of good cause to support information was newly learned and to identify the information which the Government seeks to use to supplement its prior filings.

IT IS SO ORDERED.

Dated: **October 25, 2013**         **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE