BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
CHRISTOPHER BAKER
Assistant United States Attorneys
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00234 LJO |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE; ORDER |
| v. | |
| SAUL MORALES, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on Monday, March 17, 2014, at 8:30 a.m. before the Honorable U.S. District Judge Lawrence J. O'Neill.

2. By this stipulation, the parties agree to continue sentencing to March 31, 2014, at 8:30 a.m. and the filing of formal objections on or before March 24, 2014, for the following reason.

3. AUSA Escobar will be on travel status on March 17 due to her required attendance at a meeting in the Washington, D.C. area for a nationally-coordinated investigation.

////

////

1

IT IS SO STIPULATED.

DATED: March 6, 2014.    Respectfully submitted,

          BENJAMIN B. WAGNER
          United States Attorney


/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: March 6, 2014.

/s/ Nicholas Reyes
NICHOLAS REYES
Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated: **March 6, 2014**          **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE