IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00234 LJO |
| Plaintiff, | |
| vs. | ORDER TO SEAL |
| SAUL MORALES, | |
| Defendant. | |

The Clerk of the Court is hereby ordered to seal the Defendant's Medical Evaluation Report dated April 11, 2014.

IT IS SO ORDERED.

Dated: April 23, 2014

HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1