# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>   Plaintiff-Appellee,<br><br>v.<br><br>SAUL MORALES,<br><br>   Defendant-Appellant. | D.C. No. 12-cr-00234-LJO-SKO<br>Eastern District of California (Fresno)<br><br>Ninth Cir. Case No. 14-10212<br><br>**ORDER** |

   The U.S. Court of Appeals for the Ninth Circuit filed a notice of the appointment of appointment of Johanna S. Schiavoni, Esq., as counsel for defendant-appellant Saul Morales pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, on October 1, 2014, in Ninth Circuit Case No. 14-10212.

   On November 4, 2014, Ms. Schiavoni filed in this Court a motion and supporting declaration seeking access to documents and transcripts designated as "Sealed" or "Assigned Counsel Only" before this Court. Having considered Ms. Schiavoni's motion, because CJA counsel is ordinarily entitled to such documents as part of the record on appeal, the request for access to the documents and transcripts or portions thereof filed "under seal" or for "assigned counsel only" is granted.

The Clerk shall serve on defendant-appellant a copy of district court docket nos. 61, 62, 63, 105, 107, 215, 216, 217, 220, 226, 234, 235, 236, 237, 259 and 273.

Furthermore, when the transcripts for the Minute Entries noted at docket nos. 270 and 273 have been prepared by the court reporter (designation request filed November 3, 2014), the transcripts similarly shall be provided to defendant-appellant.

IT IS SO ORDERED.

Dated: **November 5, 2014**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE