BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
CHRISTOPHER BAKER
Assistant United States Attorneys
2500 Tulare St., Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00234 LJO |
|---|---|
| Plaintiff, | STIPULATION REGARDING ACCESS TO SEALED DOCUMENTS; ORDER |
| v. | |
| SAUL MORALES, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order dated November 6, 2014, following application of defense counsel on November 4, 2014, this Court ordered the disclosure of the following sealed documents to defense counsel: C.R. 61, 62, 63, 105, 107, 215, 216, 217, 200, 226, 234, 235, 236, 237, 259 and 273.

2. After the issuance of the November 6 order, the government filed an objection to the disclosure of certain sealed documents that, upon review, do not pertain to defendant. However, before the objection was filed, the Clerk's Office disclosed the ordered documents in pdf format to defense counsel via email.

1

3. Thereafter, on November 7, the Court ordered the release of the sealed documents except C.R. 61-63, 105, 107, 234, 235 and/or 236.

4. In its November 6 and 7 orders, the court also ordered that defense counsel have access to the transcripts of hearings from docket entries numbers 134 and 270, once they are transcribed. In light of the Court's November 7 order, the parties have agreed as follows:

5. The government agrees that C.R. 63 may be released, since it was previously provided to the defense before trial.

6. The defense agrees it will open the pdf documents as ordered, along with docket entry 63 and will delete the remaining documents.

6. The parties further agree that all sealed documents in the above-captioned matter shall remain sealed.

IT IS SO STIPULATED.

DATED: November 12, 2014.   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant United States Attorney

DATED: November 12, 2014.

/s/ Johanna S. Schiavoni
JOHANNA S. SCHIAVONI
Counsel for Defendant

**O R D E R**

IT IS SO ORDERED.

Dated:   **November 13, 2014**           **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE