| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KAREN A. ESCOBAR<br>CHRISTOPHER BAKER |
| 3 | Assistant United States Attorneys<br>2500 Tulare St., Suite 4401 |
| 4 | Fresno, CA 93721<br>Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4575 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:12-cr-00234 LJO |
|---|---|
| Plaintiff, | MOTION TO OBTAIN SEALED TRANSCRIPTS; ORDER THEREON |
| v. | |
| SAUL MORALES, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, hereby moves to obtain access to the sealed transcript of February 11, 2013, and the partially sealed part of the defendant's sentencing on April 14, 2014. This Court previously ordered the disclosure of these transcripts to the defendant for purposes of preparing his appeal. The government will not publicly disclose these documents.

DATED: December 4, 2014.   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant United States Attorney

1

ORDER

The government's motion to obtain access to the sealed transcript of February 11, 2013 and the partially sealed part of defendant's sentencing on April 14, 2014 is GRANTED. The government may not publicly disclose these documents.

IT IS SO ORDERED.

Dated: __**December 4, 2014**__        ____/s/ Lawrence J. O'Neill____
UNITED STATES DISTRICT JUDGE