# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>SAUL MORALES,<br><br>        Defendant-Appellant. | D.C. No. 12-cr-00234-LJO-SKO<br>Eastern District of California (Fresno)<br><br>Ninth Cir. Case No. 14-10212<br><br>**ORDER** |

      The U.S. Court of Appeals for the Ninth Circuit filed a notice of the appointment of Johanna S. Schiavoni, Esq., as counsel for defendant-appellant Saul Morales pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, on October 1, 2014, in Ninth Circuit Case No. 14-10212.

      On April 22, 2015, Ms. Schiavoni filed in this Court a motion and supporting declaration seeking access to Document No. 260 and Attachments 1 and 2, which are the final Presentence Report. Having considered Ms. Schiavoni's motion, because CJA counsel is ordinarily entitled to such documents as part of the record on appeal, the request for access to Document No. 260 and Attachments 1 and 2 is GRANTED.

The Clerk shall serve on counsel for defendant-appellant by email a copy of district court docket no. 260 and attachments 1 and 2.

IT IS SO ORDERED.

Dated: **April 22, 2015**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE