# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>        Plaintiff-Appellee,<br><br>v.<br><br>SAUL MORALES,<br><br>        Defendant-Appellant. | D.C. No. 12-cr-00234-LJO-SKO<br>Eastern District of California (Fresno)<br><br>Ninth Cir. Case No. 14-10212<br><br>**ORDER** |

      The U.S. Court of Appeals for the Ninth Circuit filed a notice of the appointment of appointment of Johanna S. Schiavoni, Esq., as counsel for defendant-appellant Saul Morales pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A, on October 1, 2014, in Ninth Circuit Case No. 14-10212.

      On April 21, 2015, Ms. Schiavoni filed in this Court a motion and supporting declaration seeking access to sealed documents not otherwise present on the Court's docket, namely, documents 2-14, 81, 109, 279, 280. In the alternative, Ms. Schiavoni requests that the that the Clerk's office provide to her docket entry descriptions that are sufficient for counsel to determine whether docket entries 2-14, 81, 109, 279, 280, 284 are relevant for purposes of her client's

appeal to the Ninth Circuit, and so that counsel may apply for a further order of this Court for access to any such relevant documents.

Having considered Ms. Schiavoni's motion, because CJA counsel is ordinarily entitled to such documents as part of the record on appeal, the request for access to the documents filed "under seal" or for "assigned counsel only," which documents do not otherwise appear on the docket, is granted.

The Clerk shall serve on defendant-appellant a copy of district court docket nos. 2-14, 81, 109, 279, 280.

IT IS SO ORDERED.

Dated: **April 22, 2015**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE