BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00234-LJO-SKO |
| Plaintiff, | |
| v. | GOVERNMENT'S RENEWED APPLICATION TO SEAL TRANSCRIPTS AND PROPOSED ORDER |
| SAUL MORALES, | |
| Defendant. | |

In light of the Ninth Circuit's order issued March 29, 2016, the United States of America hereby moves to seal, in entirety, the reporter's transcripts of days 2 and 3 of the jury trial in the above-captioned matter and not require the filing of redacted transcripts of those proceedings.

In the Ninth Circuit's order, attached hereto, the Court ordered the sealing of Volume 4 of the defendant's excerpts of record. Volume 4 contains the transcripts of days 2 and 3 of the jury trial.

DATED: March 30, 2016

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

BY:/s/ Karen A. Escobar
  KAREN A. ESCOBAR
Assistant U.S. Attorney

1

# ORDER

IT IS HEREBY ORDERED that the request is DENEID.

Day 3 of the trial is the verdict. Why the 9th Circuit ordered total sealing of that day is without reason or explanation. Since the 9th Circuit has given no reason for total sealing, this Court cannot rely on the order for its own required reasoning. In checking with the trial court reporter, she is convinced that redaction can be accomplished short of full sealing. Based on that information, this Court cannot justify a full sealing.

IT IS SO ORDERED.

Dated: __**March 30, 2016**__ _____/s/ Lawrence J. O'Neill_____
UNITED STATES DISTRICT JUDGE