**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 25 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 14-10212 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 1:12-cr-00234-LJO-SKO-1 |
| v. | Eastern District of California, Fresno |
| SAUL MORALES, | ORDER |
| Defendant - Appellant. | |

Before: Peter L. Shaw, Appellate Commissioner.

The appellant's motion for leave to file an oversized reply brief is granted in part. The appellant shall file a replacement brief not to exceed 12,000 words within 21 days after the date of this order.

Tah/5.23.16/Pro Mo