# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-cr-00234-LJO-SKO-1 |
| Plaintiff-Respondent, | SCHEDULING ORDER RE MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 (ECF No. 373) |
| v. | |
| SAUL MORALES, | |
| Defendant-Petitioner. | |

On October 5, 2018, Petitioner Saul Morales filed a *pro se* motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. ECF No. 373. The Court has reviewed Petitioner's motion and believes that its decision-making would be aided by the filing of a response by the Government. Accordingly, the Government shall have until **Tuesday, December 11, 2018**, to file any opposition, and Petitioner shall have until **Monday, February 11, 2019**, to file a reply.

IT IS SO ORDERED.

   Dated: __October 16, 2018__      __/s/ Lawrence J. O'Neill__
                                                               UNITED STATES CHIEF DISTRICT JUDGE