# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-cr-00234-LJO-SKO-1 |
| Plaintiff, | ORDER RE: WAIVER OF ATTORNEY-CLIENT PRIVILEGE |
| v. | |
| SAUL MORALES, | |
| Defendant. | |

Good cause appearing, IN THE ALTERNATIVE, the United States' motion for partial waiver of Petitioner/Defendant ("Defendant") Saul Morales' attorney-client privilege and the work product privilege, and for the compelled submission by his former attorney, Eric Kersten, of a sworn affidavit or declaration regarding Defendant's claims is GRANTED as follows:

(1) The attorney-client privilege of Defendant is waived with respect to all communications between Defendant Morales and his former attorney Eric Kersten and his staff and agents, concerning events and facts related to defendant's claims of ineffective assistance of counsel in defendant's § 2255 motion in *United States v. Saul Morales*, No. 1:12-cr-00234 LJO-SKO-1 (E.D. Cal.).

(2) The work product privilege is waived with respect to the work product of Attorney Eric Kersten and his staff and agents, concerning events and facts related to Defendant's claims of ineffective assistance of counsel in his § 2255 motion.

1

(3) Attorney Eric Kersten and his staff and agents shall provide the government with a declaration addressing the communications with defendant and work product concerning events and facts related to the ineffective assistance of counsel claims presented in defendant's § 2255 motion, and shall communicate and coordinate with government counsel to ensure that all issues are adequately addressed in the declaration. Such declaration shall be provided within 30 days of the date this order is issued.

(4) The government shall not use or disclose the privileged material it obtains in this habeas action for any purpose or to any party or in any proceeding beyond this action.

ALTERNATIVELY, the Court orders that if the finding of waiver changes Defendant's decision whether or not to proceed with his § 2255 motion, he must notify this Court within ten (10) court days of the date of this Order by withdrawing his allegations concerning ineffective assistance of counsel in his motion. Failure to do so confirms the alternative portion of this Order finding waiver.

IT IS SO ORDERED.

Dated: **December 6, 2018**        /s/ Lawrence J. O'Neill
                                                    UNITED STATES CHIEF DISTRICT JUDGE