# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff-Respondent,<br><br>v.<br><br>SAUL MORALES,<br><br>  Defendant-Petitioner. | 1:12-cr-00234-LJO-SKO-1<br><br>**AMENDED SCHEDULING ORDER RE MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 (ECF No. 389)** |

On October 5, 2018, Petitioner Saul Morales filed a *pro se* motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. ECF No. 373. In a scheduling order dated October 16, 2018, the Court set Tuesday, December 11, 2018, as the Government's deadline to file any opposition, and Monday, February 11, 2019, as the deadline for Petitioner to file a reply. The Government timely moved to dismiss the petition on December 4, 2018. ECF No. 387.

On January 31, 2019, Petitioner moved for an extension of time to file a reply in support of his petition, citing difficulties relating to the transfer of the person who was helping him to translate his arguments from Spanish to English, as well as restricted access to the law library resulting from the government shutdown. ECF No. 389. He requested a 30-day extension of time.

Also on January 31, 2019, Petitioner's trial counsel requested an extension to file a sworn affidavit or sworn declaration as part of a modification of the Court's order concerning partial waiver of Petitioner's attorney-client privilege and the work product privilege. ECF No. 390. The Government agreed not to object to the extension, provided that it had an opportunity to supplement the

1

Government's motion to dismiss the § 2255 motion or otherwise reply after receipt of Mr. Kersten's sworn declaration.

By separate order, the Court has granted Petitioner's trial counsel requested an extension to file a sworn affidavit or sworn declaration. To give the Government an opportunity to supplement or otherwise reply to the sworn declaration, the Government shall file its supplement, if any, by **Friday, March 1**, and Petitioner shall have until **Monday, April 1, 2019**, to file a reply.

IT IS SO ORDERED.

Dated: **February 4, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE