VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero St
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902
E-mail: vsantos@santoslg.com

Attorney for SAUL MORALES

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAUL MORALES<br><br>Defendant. | Case No.: 1:12-CR-00234-NONE-SKO<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE** |

Defendant Saul Morales, through his undersigned counsel, hereby requests that the current briefing schedule set pursuant to the court's August 13, 2020 minute order (DE #404) be modified as follows:

Defendant's supplemental brief to Defendant's *pro se* motion to vacate and/or reduce sentence due **October 5, 2020.**

Government's brief due **October 19, 2020.**

Defendant's reply brief due **October 25, 2020.**

These new due dates are necessary to permit newly appointed counsel sufficient time to review the case file, obtain Mr. Morales medical records and conduct investigation.

Undersigned counsel has conferred with AUSA Karen Escobar, who joins in this request.

**IT IS SO STIPULATED.**

                                                       Respectfully Submitted,

DATED:  August 19, 2020           /s/_ Virna L. Santos_____
                                              VIRNA L. SANTOS
                                              Attorney for Defendant Saul Morales

DATED:  August 19, 2020           /s/_ Karen A. Escobar_____
                                              KAREN A. ESCOBAR
                                              Assistant U.S. Attorney

**ORDER**

The stipulated briefing schedule set forth above is approved.

IT IS SO ORDERED.

**Dated: August 19, 2020**

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE

2