VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero St
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902
E-mail: vsantos@santoslg.com

Attorney for SAUL MORALES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No.: 1:12-CR-00234-NONE-SKO |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE** |
| v. | ) |
| SAUL MORALES | ) |
| Defendant. | ) |

  Defendant Saul Morales, through his undersigned counsel, hereby requests that the current briefing schedule, which the court modified by stipulation on August 20, 2020 (DE #406), be modified as follows:

  Defendant's supplemental brief to Defendant's *pro se* motion to vacate and/or reduce sentence due **December 21, 2020.**

  Government's brief due **January 11, 2020.**

  Defendant's reply brief due **January 19, 2021.**

The requested modification of the briefing schedule is necessary because counsel has not received any of her client's documents despite her prompt request to the Bureau of Prisons following her appointment. Once the documents are received, defense counsel requires sufficient time to review the case file and conduct investigation to prepare the supplemental brief in support of Mr. Morales' motion for compassionate release.

Undersigned counsel has conferred with AUSA Karen Escobar, who joins in this request.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  September 30, 2020      /s/  Virna L. Santos
VIRNA L. SANTOS
Attorney for Defendant Saul Morales

DATED:  September 30, 2020      /s/  Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

ORDER

The schedule set forth in the above stipulation is APPROVED.

IT IS SO ORDERED.

Dated:  **October 1, 2020**                                    /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE