VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero St
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902
E-mail: vsantos@santoslg.com

Attorney for SAUL MORALES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00234-NONE-SKO |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE** |
| v. | |
| SAUL MORALES | |
| Defendant. | |

Defendant Saul Morales, through his undersigned counsel, hereby requests that the current briefing schedule pursuant to which Defendant's brief was due on December 21, 2020 (DE #408), be modified as follows:

Defendant's supplemental brief to Defendant's *pro se* motion to vacate and/or reduce sentence due **February 16, 2021.**

Government's brief due **March 2, 2021.**

Defendant's reply brief due **March 16, 2021.**

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE                                    1

The requested modification of the briefing schedule is necessary because counsel still has not received not received any of her client's documents despite her prompt request to the Bureau of Prisons following her appointment.  Once the documents are received, defense counsel requires sufficient time to review the case file and conduct investigation to prepare the supplemental brief in support of Mr. Morales' motion for compassionate release.  In addition, Mr. Morales has been transferred to BOP facility which will require exhaustion of his administrative remedies anew.

Undersigned counsel has conferred with AUSA Karen Escobar, who joins in this request.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED:  January 7, 2021 /s/  Virna L. Santos_____
VIRNA L. SANTOS
Attorney for Defendant Saul Morales

DATED:  January 7, 2021 /s/  Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  **January 7, 2021**    _____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE