VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero St
Fresno, CA 93721
Office: (559) 500-3900
Fax: (559) 500-3902
E-mail: vsantos@santoslg.com

Attorney for SAUL MORALES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:12-CR-00234-LHR-SKO |
|---|---|
| Plaintiff, | ) **STIPULATION TO EXTEND DEADLINE TO FILE DEFENDANT'S REPLY BRIEFING SCHEDULE** |
| v. | ) |
| SAUL MORALES | ) |
| Defendant. | ) |

  Defendant Saul Morales, through his undersigned counsel, hereby requests an extension of the deadline to file his reply to the Government's Opposition to his motion for compassionate release currently due on March 16, 2021.  Defendant requests a new filing date of **March 30, 2021**.  This extension is necessary to permit defense counsel to consult with Mr. Morales prior to finalizing the reply.

  Undersigned counsel has conferred with AUSA Karen Escobar, who does not oppose this request.

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: March 14, 2021                     /s/ Virna L. Santos
                                          VIRNA L. SANTOS
                                          Attorney for Defendant Saul Morales

DATED: March 14, 2021                     /s/ Karen A. Escobar
                                          KAREN A. ESCOBAR
                                          Assistant U.S. Attorney

       IT IS SO ORDERED.

Date: March 16, 2021

                                          LEE H. ROSENTHAL
                                          Chief Judge, United States District Court