**VIRNA L. SANTOS, SBN 150017**
Santos Law Group
1225 E. Divisadero Street
Fresno, California   93721
Telephone:  (559) 500-3900
Facsimile:   (559) 500-3902
E-Mail:  vsantos@santoslg.com

Attorney for Defendant Saul Morales

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SAUL MORALES, <br><br> Defendant. | Case No. 1:12-CR-00234-LHR-SKO <br><br> ORDER RE: <br> DEFENDANT SAUL MORALES' <br> REQUEST FOR LEAVE TO FILE <br> DOCUMENTS UNDER SEAL |

This matter is before the Court on the request of defendant Saul Morales to file under seal:

1.  Defendant Saul Morales' Medical Records from the Bureau of Prisons (Exhibit 2a).

Based on the sensitive medical issues contained in the confidential medical information contained in this exhibit, it is appropriate that it be filed under seal.  Accordingly, the defendant's sealing request is GRANTED.  Defendant's motion and exhibits shall be filed under seal.

SIGNED on March 29, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge

NOTICE AND APPLICATION TO SEAL EXPERT'S DECLARATION;
[Proposed]  ORDER FILED SEPARATELY