# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No: 1:12-CR-00234-LHR-SKO |
| Plaintiff, | ) **ORDER REASSIGNING CASE TO** |
| | ) **JUDGE DALE A. DROZD** |
| v. | ) |
| SAUL MORALES, | ) |
| Defendant. | ) |

This case was reassigned by Chief Judge Kimberly J. Mueller for consideration of the defendant's motion for compassionate release under 18 U.S.C. § 3582. (Docket Entry No. 417). Having denied the motion, (Docket Entry No. 420), the court reassigns this case to Judge Dale A. Drozd for all further proceedings.

SIGNED on August 27, 2021, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge